**UNITED STATES BANKRUPTCY COURT**, Northern District of Georgia
Rome Division
Room 339, Federal Building
600 East First Street
Rome, GA 30161−3187
www.ganb.uscourts.gov

In
Re:   **Jeffrey Ray York**

Case No.: **19−41059−pwb**
Chapter:  **7**
Judge:  **Paul W. Bonapfel**

## *ORDER SETTING DEADLINES FOR DEBTOR TO CORRECT FILING DEFICIENCY(IES)*

The Debtor filed a petition under the United States Bankruptcy Code on <u>5/3/19</u> . This case contains one or more filing deficiencies that must be corrected. Deficiencies in the items listed below may include failure to file the document, failure to sign the document or failure to submit the document on a form that substantially conforms to the Official Bankruptcy Form. Links to all required Official Bankruptcy Forms and AO Director's national forms and to local rules, forms, instructions and guidelines are on the court website www.ganb.uscourts.gov.

**To be filed by 05/10/19**
None Apply

**To be Filed by 05/17/19**
Pay Advices: (A) Copies of Pay Stubs (or other evidence of payment) received from any employer within 60 days prior to filing or alternatively (B) a Statement signed by the Debtor certifying within 60 days prior to filing, the Debtor 1 did not receive pay stubs from any employer and was either Unemployed, Self−employed or other explanation.
Certificate of Credit Counseling

**To be filed by 06/02/19**
None Apply

**If, by the dates set forth above, i) the Debtor fails to file the required papers or correct the deficiencies; ii) no request for an extension of time is pending; or iii) neither the debtor nor any party in interest has requested a hearing thereon, the Court may dismiss this case without further notice or hearing.**

**The Clerk will serve this order on Debtor, Debtor's counsel, and Trustee.**

SO ORDERED, on May 6, 2019.

*[signature: Paul W Bonapfel]*

Form 430b December 2018

Paul W. Bonapfel
United States Bankruptcy Judge

United States Bankruptcy Court
Northern District of Georgia

In re:
Jeffrey Ray York
    Debtor

Case No. 19-41059-pwb
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 113E-6     User: bennettm     Page 1 of 1     Date Rcvd: May 06, 2019
                     Form ID: 430b     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2019.
db        Jeffrey Ray York,    205 Frontier Trl NW,    Dalton, GA   30721-7746

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2019            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2019 at the address(es) listed below:
        Dan Saeger    on behalf of Debtor Jeffrey Ray York dan@whitfieldcountylaw.com
        Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov
        Tracey L. Montz    traceymontz@yahoo.com,   tlm@trustesolutions.net
                                                                                                           TOTAL: 3